

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00049-CV

**IN THE INTEREST OF L.V.S., P.M.S. AND P.M.S,** Children,

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-538
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court on or before **April 6, 2020** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond on or before **April 6, 2020**, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court